UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PATRICIA LOPEZ and RENE SALAZAR, | § § § § | |
| Plaintiffs, | | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-737 |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and BERT ELLIS, | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Patricia Lopez's and Rene Salazar's and Defendants Allstate Fire and Casualty Insurance Company's and Bert Ellis's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.
**SIGNED this 12th day of May, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE